**No. 56154.**—L. Batlin & Son, Inc., et al. *v.* United States, protests 161454–K, etc. (New York).

Opinion by JOHNSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 56155.**—John J. Ryan & Sons, Inc. *v.* United States, protest 173670–K (New York).

Opinion by JOHNSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE SECOND DIVISION, DECEMBER 10, 1951

**No. 56156.**—International Packers Commercial Co., Inc. *v.* United States, petition 6840–R (New York).

Opinion by LAWRENCE, J. The petition was dismissed.

BEFORE THE FIRST DIVISION, DECEMBER 11, 1951

**No. 56157.**—Empire Fashion Jewelry Co. et al. *v.* United States, protests 142389–K, etc. (New York).

Opinion by OLIVER, C. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 56158.**—Dalsheim Accessories, Inc., et al. *v.* United States, protests 163697–K, etc. (New York).

Opinion by OLIVER, C. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 56159.**—Greenbaum Novelty Corp. et al. *v.* United States, protests 170483–K, etc. (New York).

Opinion by OLIVER, C. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 56160.**—T. C. Carlin Co. *v.* United States, protest 48439–K (Boston).

Opinion by MOLLISON, J. Following the authorities cited in Abstract 15400 the court dismissed the protest.